

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Donald Davis,                              * From the 259th District Court
                                             of Jones County
                                             Trial Court No. 023892.

Vs. No. 11-16-00281-CV                      * September 20, 2018

Texas Department of                        * Memorandum Opinion by Wright, S.C.J.
Criminal Justice,                            (Panel consists of: Bailey, C.J.;
                                             Gray, C.J., sitting by assignment; and
                                             Wright, S.C.J., sitting by assignment)
                                             (Willson, J., not participating)

       This court has inspected the record in this cause and concludes that there
is no error in the judgment below.  Therefore, in accordance with this court's
opinion, the judgment of the trial court is in all things affirmed.